**Order entered November 16, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00577-CV

### IN THE INTEREST OF I.P., A CHILD

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-00991**

### ORDER

Before the Court is appellee's November 15, 2022 unopposed second motion for extension of time to file his brief, which is currently due November 22, 2022. We **GRANT** the motion and **ORDER** the brief filed no later than December 22, 2022.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE